# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:04CR440 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BRANDON E. PRAYER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion by the government to continue trial of the above captioned matter (Filing No. 30). The government seeks to continue the trial of this matter scheduled for May 14, 2007, because of a witness scheduling conflict. Government's counsel represents that counsel for defendant, Brandon E. Prayer, has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The government's motion to continue trial (Filing No. 17) is granted.

2. Trial of this matter is re-scheduled for **June 4, 2007,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 12th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge