## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:04CR440** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **BRANDON E. PRAYER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's motion to continue the trial defendant Brandon E. Prayer (Prayer) (Filing No. 37). The motion seeks to continue the trial from July 30, 2007 to August 6, 2007. Moving counsel represents that Prayer's counsel has no objection. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. The government's motion to continue trial (Filing No. 37) is granted.

2. Trial of this matter is re-scheduled for **August 6, 2007,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 25th day of June, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge