IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:04CR440 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRANDON E. PRAYER, | |
| Defendant. | |

This matter is before the court on defendant's Judicial Notice of Facts Pursuant to Rule 201, Filing No. 87. The defendant asks the court to take judicial notice of facts, to allow him to supplement the record, and to hold a hearing on the evidence presented.

The defendant plead guilty to counts I, III, IV, and V of the Superseding Indictment on August 3, 2007 and was sentenced on October 22, 2007 to the Bureau of Prisons for 110 months on Counts I, III, V and 84 months on Count IV to be served consecutive to counts I, III, and V followed by 3 years Supervised Release on Counts I, III, and V and five (5) years on Count IV to run concurrently, Filing No. 58, Judgment. Neither a notice of appeal nor a motion to vacate under 28 U.S.C. § 2255 was filed.

The court's previous orders and findings are not changed due to the defendant's filing of judicial notice. A hearing will not be scheduled. Accordingly,

IT IS ORDERED THAT defendant's Judicial Notice of Facts, Filing No. 87, is denied.

Dated this 19th day of September, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge